IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | Criminal Action No. 1:15cr-00008-GNS |
| v. ) | JUDGE GREG N. STIVERS |
| ) | |
| TRACY E. DILLARD ) | |
| ) | |
| DEFENDANT ) | |

## ORDER

This case was called in open court on April 29, 2015, for an initial appearance and a plea of guilty to a felony Information. There appeared the Defendant, Tracy E. Dillard, in person, having appeared on a criminal summons and represented by retained counsel Pat T. McNally. Assistant United States Attorney David R. Weiser was present for the United States of America. These proceedings were recorded by Court ECRO Kelly Lovell.

As to the matter of initial appearance, the Defendant acknowledged having reviewed a copy of the Information and acknowledged an understanding of the charges against him. The Defendant was advised of his Constitutional rights, including the right to Court-appointed counsel. The Defendant advised he waives his right to court-appointed counsel and executed a waiver to that effect.

The Defendant executed a Waiver of Indictment wherein he consents to enter his plea to the charges in an Information rather than Indictment.

The Defendant executed a Consent to Rule 11 Plea in a Felony Case Before the United States Magistrate Judge, which consent is filed of record herein.

The United States advised the Court that the Defendant was prepared to enter a plea of guilty to Count One of the Information.   The Court proceeded to examine the Defendant and found him competent to enter a plea to the charges.

The Defendant was advised as to the maximum penalties, and the United States summarized the evidence which would have been presented at trial.

Having found a factual basis for the guilty plea,

**IT IS THE FINDING OF THE COURT** in this case that the Defendant is fully competent and capable of entering an informed plea and that his plea of **GUILTY** is a knowing and voluntary plea supported by an independent basis of fact which contains each of the essential elements of the offenses with which he is charged.   The plea of **GUILTY** to Count One of the Information is entered.   A Report and Recommendation Concerning Plea of Guilty will be filed.

**IT IS HEREBY ORDERED** Defendant's final sentencing will be conducted on **August 17, 2015, commencing at 10:00 a.m., CDT,** before Judge Greg N. Stivers.

As to the matter of bond, the Court has received a recommendation that the Defendant be released on his own recognizance.   The United States advised there is no objection to that recommendation.

**IT IS ORDERED** the Defendant shall be released on a personal recognizance bond pending final sentencing.

ENTERED this

Copies to: Counsel of Record
US Marshal
US Probation
Ms. Traci Duff, Case Manager

0|30

3